VERNON NORWOOD
Special Assistant U.S. Attorney
c/o Social Security Administration
Office of General Counsel
26 Federal Plaza, Room 3904
New York, NY 10278-0004
(212)264-3650, Ext. 201
vernon.norwood@ssa.gov
Bar No. 513792



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
-----------------------------------------------

SHARON SERIANNI,

          Plaintiff,

   v.

MICHAEL J. ASTRUE,
COMMISSIONER
OF SOCIAL SECURITY,

          Defendant.
-----------------------------------------------

Civil Action No. 07-CV-0250 (NAM)

**CONSENT ORDER FOR PAYMENT OF FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT**

This matter having been opened to the Court by Jaya A. Shurtliff, Esq. for an Order awarding attorney fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and it appearing that Richard S. Hartunian, United States Attorney, and Vernon Norwood, Special Assistant United States Attorney, attorneys for Defendant, having consented to the entry of an Order awarding an amount of Five Thousand Nine Hundred and Fifty-Seven Dollars and Eighty-Five Cents ($5,957.85) for EAJA fees, and the Court having reviewed the record in this matter;

IT IS on this 7th day of MAY, 2010; ORDERED that plaintiff's attorney be allowed a fee award under the Equal Access to Justice Act in the amount of Five Thousand Nine Hundred and Fifty-Seven Dollars and Eighty-Five Cents ($5,957.85) for EAJA fees.

This amount is to be paid to attorney Jaya Shurtliff, Esq., since the Plaintiff has executed a waiver and assignment of direct payment of fees.

          IT IS SO ORDERED.

_____
Honorable Norman A. Mordue
United States District Court

The undersigned hereby consent to the form and entry of the within order.

RICHARD S. HARTUNIAN
United States Attorney
Northern District of New York
100 South Clinton Street
Syracuse, New York 13261-7198

Dated: 5/7/2010

By: /s/ Vernon Norwood
Vernon Norwood
Special Assistant U.S. Attorney
Bar No. 513792

OLINSKY & SHURTLIFF
300 S. State St. ste. 520
Syracuse, New York 13202

Dated: 5/7/10

By: /s/ Jaya Shurtliff
Jaya Shurtliff, Esq.
Attorney for Plaintiff