# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**SHARON SERIANNI**

      vs.                                         **CASE NUMBER: 6:07-CV-250 (NAM)**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**

_____

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Commissioner's decision denying disability benefits is REVERSED and the case is REMANDED to the Commissioner for further administrative proceedings in accordance with Sentence 4 of 42 U.S.C. § 405(g). Pursuant to Local Rule 72.3 the parties are advised that the referral to a Magistrate Judge in this action has been RESCINDED. Any appeal taken from this Order will be to the Court of Appeals for the Second Circuit.

**IT IS FURTHER ORDERED** that Plaintiff's attorney be allowed a fee award under the Equal Access to Justice Act in the amount of five thousand nine hundred and fifty-seven dollars and eighty-five cents ($5,957.85). Amount is to be paid directly to Attorney Jaya Shurtliff

All of the above pursuant to the Orders of the Honorable Chief United States District Judge Norman A. Mordue, dated the 1st day of March, 2010 and the 7th day of May 2010.

DATED: May 10, 2010

                                                           *Lawrence K. Baerman*
                                                           Clerk of Court

                                                           s/ Melissa Ennis
                                                           _____
                                                           Melissa Ennis, Deputy Clerk